UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN WEISS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:23-cv-03785 |
| ROANOKE INSURANCE GROUP INC., & | ) |
| MUNICH RE SPECIALTY GROUP | ) |
| INSURANCE SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Steven Weiss and Defendants Roanoke Insurance Group Inc. and Munich RE Specialty Group Insurance Services, Inc., by and through their respective attorneys, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal of this action, with prejudice, and with all Parties to bear their own fees and costs.

Respectfully submitted,

**ZEILER FLOYD ZADKOVICH (US) LLP**

s/ Zachary J. Barger
Local Counsel for Plaintiff
Timothy S. McGovern
Zachary J. Barger
**Zeiler Floyd Zadkovich (US) LLP**
53 West Jackson Boulevard
Suite 1240
Chicago, Illinois 60604
Tel.: (312) 545-4994
Email:tim.mcgovern@zeilerfloydzad.com
zach.barger@zeilerfloydzad.com

**KILLEEN & STERN, PC**
Robert J. Killeen, Jr.
Texas Bar No. 11407000
1811 Bering Drive, Suite 120
Houston, Texas 77057

1

713/626-5100 - Telephone
713/626-4545 – Facsimile
Email: rkilleen@killeen-law.com

AND

Robert C. Stern
Texas Bar No. 24053637
400 Poydras Street, Suite 1560
New Orleans, Louisiana 70130
Telephone: (504) 525-8111
Facsimile: (504) 680-6080
Email: rstern@killeen-law.com

*Attorneys for the Plaintiff*

s/ Carol A. Poplawski
Ogletree Deakins
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
(312) 558-1220
Email: carol.poplawski@ogletree.com

*Attorney for Defendants*